IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Charles Vaney Queen, | NO. C 99-21067 JW |
| Plaintiff, | **ORDER VACATING EVIDENTIARY HEARING** |
| v. | |
| Anthony C. Newland, | |
| Defendant. | |

In light of the parties' failure to file the required joint status report, the Court **vacates** the evidentiary hearing currently set for January 29, 2007. Upon receipt of the joint status report on **January 19, 2007**, as required by the Court's January 4, 2007 Order (see Docket Item No. 50), the Court will reset the evidentiary hearing.

Dated: January 16, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barry L. Morris barrymorris@mac.com
Ross C. Moody ross.moody@doj.ca.gov

| **Dated: January 16, 2007** | **Richard W. Wieking, Clerk** |
|---|---|
| | **By: /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California